JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JARDINE GOUGIS,

Plaintiff,

v.

GUI F. DENG, *et al.*,

Defendants.

Case No. 2:24-cv-07013-FLA (MARx)

**ORDER DISMISSING ACTION [DKT. 18]**

On November 15, 2024, Plaintiff Jardine Gougis ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 18. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: November 18, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge